**Order entered October 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00268-CR

**JOSHUA WILLIAM SUTHERBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-83201-2016**

## ORDER
Before Justices Myers, Osborne, and Nowell

We **GRANT** the February 4, 2019 motion of Lara Bracamonte Davila to withdraw as appellate counsel for appellant. We **DIRECT** the Clerk of the Court to remove Lara Bracamonte Davila as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Joshua William Sutherby, TDCJ No. 02180528, Gurney Unit, 1391 FM 3328, Palestine, Texas 75803.

/s/    ERIN A. NOWELL
       JUSTICE